UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JACK BENNEFIELD )
        Plaintiff, )
   )
v. ) **JUDGMENT**
   )
   ) No. 5:19-CV-87-FL
ANDREW SAUL, Commissioner of )
Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 3, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $5,950.00 plus reimbursement of $400.00 in filing fees.

**This Judgment Filed and Entered on March 3, 2020, and Copies To:**
Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing
Amanda B. Gilman  (via CM/ECF Notice of Electronic Filing)

March 3, 2020                  PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk